UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Jessica Selvey, an individual,

        Plaintiff,

    -against-

Wella Operations US, LLC; L'Oréal USA, Inc.; L'Oréal
USA Products, Inc.; Henkel Corporation; Henkel a/k/a
Henkel AG & Co. KGaA; Pravana; Joico; and John Paul
Mitchell Systems, inclusive,

        Defendants.
------------------------------------------------------------------------X

Case No. 1:26-cv-4596

**DECLARATION OF BERJ K.
PARSEGHIAN IN SUPPORT OF
NOTICE OF REMOVAL**

I, Berj K. Parseghian, declare as follows:

1.      I am a partner in the law firm Lippes Mathias LLP, attorneys for defendant Henkel

Corporation ("Henkel"), incorrectly named herein as Henkel Corporation and Henkel a/k/a Henkel

AG & Co. KGaA.  I submit this declaration in support of Henkel's Notice of Removal.  I have

personal knowledge of the matters set forth below and am competent to testify thereto under oath.

2.      Henkel has not been served in this action.

3.      A true and correct copy of the Summons and Complaint filed in the Supreme Court

of the State of New York, County of New York in the action entitled *Jessica Selvey v. Wella

Operations US, LLC et al.* is attached as Exhibit A.

4.      Henkel is incorporated in Delaware and maintains its principal place of business in

Connecticut.  The erroneously named defendants Pravana and Joico are not separate entities but

are brand names under Henkel.

5. Wella Operations US LLC is formed in Delaware and maintains its principal place of business in California. Its sole member is Waves UK DivestCo Ltd, which is a United Kingdom company.

6. L'Oréal USA, Inc. is incorporated in Delaware and maintains its principal place of business in New York, New York.

7. L'Oréal USA Products, Inc. is incorporated in Delaware and maintains its principal place of business in New York, New York.

8. John Paul Mitchell Systems is incorporated in California and maintains its principal place of business in California.

9. Upon information and belief, no in-state defendants named in this lawsuit have been properly joined and served.

10. There has been no process, pleadings, or orders served upon Henkel in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on June 1, 2026.

*/s/ Berj K. Parseghian*

BERJ K. PARSEGHIAN