IH-32                                                                                    Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

<u>Full Caption of Later Filed Case:</u>

Jessica Selvey, an individual,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-4596 |
| Wella Operations US, LLC; L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; Henkel Corporation; Henkel a/k/a Henkel AG & Co. KGaA; Pravana; Joico; and John Paul Mitchell Systems, inclusive, | |
| Defendant | |

<u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

KAREN LARSON, an individual,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-10280 |
| John Paul Mitchell Systems; L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; Henkel a/k/a Henkel AG & Co. KGaA; Schwarzkopf; Joico; Wella Operations US, LLC; Wella Professionals; Coty, Inc.; Kohlberg Kravis Robert & Co. a/k/a KKR & Co., Inc.; Bristol-Myers Squibb; Procter & Gamble Hair Care, LLC; Clairol; Goldwell; Kao USA, Inc.; Goldwell New York; Cosmoprof Services USA, LLC; Sally Beauty Holdings, Inc.; and John Doe Corporations 1-100, inclusive, | |
| Defendant | |

IH-32                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

motion to remand fully briefed

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases involve identical issues; namely, the plaintiffs' allegation that defendants' hair dye products caused their cancers.  Each case involves overlapping or mostly overlapping defendants, with the main difference in parties being the individual plaintiff bringing the action.  Plaintiffs in each case are represented by the same counsel.  Each plaintiff seeks identical or nearly identical damages. Treating these cases as related will serve the goal of judicial efficiency, save the parties and the Court time and resources, and prevent inconsistent rulings.

Signature: /s/  Berj K. Parseghian        Date: 06/01/2026
_____        _____

Firm: Lippes Mathias LLP
_____